# ALABAMA COURT OF CRIMINAL APPEALS



September 5, 2025

**CR-2025-0342**

Jerry Alexander Sanchez v. State of Alabama (Appeal from Lee Circuit Court:  CC-21-648.70)

## NOTICE

You are hereby notified that on September 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk